IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEVELOPERS DIVERSIFIED OF TENNESSEE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CASE NO. 3:04-0015 JUDGE KNOWLES |
| THE TOKIO MARINE & FIRE INSURANCE CO., | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Sixth Circuit has issued the mandate in this action. Docket No. 251.

The Court will hold a status conference on Wednesday, March 30, 2011, at 10:00 a.m., at which time counsel shall be prepared to discuss the parties' view as to further proceedings that are necessary in this case, the necessity for additional discovery, and the entry of a new Case Management Order.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge