AIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED OF ) | |
| TENNESSEE, INC., n/k/a DDR Corp., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:04-0015 |
| ) | JUDGE KNOWLES |
| TOKIO FIRE and MARINE ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Memorandum Opinion entered contemporaneously herewith and incorporated herein by reference, the parties' Motions for Summary Judgment (Docket Nos. 286, 287, 295), are DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge